Dismissed and Memorandum Opinion filed August 24, 2006








Dismissed
and Memorandum Opinion filed August 24, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00587-CV

____________

 

IN THE MATTER OF THE GUARDIANSHIP
OF HELEN HOMER, An Incapacitated Person

 



 

On Appeal from the County Court at
Law No. 3 & Probate Court

Brazoria County,
Texas

Trial Court Cause No.
 GN028820

 



 

M E M O R
A N D U M   O P I N I O N

This
appeal is from a judgment signed May 23, 2006.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  

On July
20, 2006, notification was transmitted to all parties of the Court's intent to
dismiss the appeal for want of prosecution unless, within fifteen days,
appellant paid or made arrangements to pay for the record and provided this
court with proof of payment.  See Tex.
R. App. P. 37.3(b).

Appellant
filed no response.

Accordingly,
the appeal is ordered dismissed.








 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed August
24, 2006.

Panel consists of Justices Anderson, Hudson, and
Guzman.